IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WOODSTOCK PROPERTIES LLC
agent of
Fortis Fund, LLC,

    Plaintiff,

      v.

CIVIL ACTION FILE
NO. 1:17-CV-3916-TWT

RANDY GAPION
AND ALL OTHER OCCUPANTS,

    Defendant.

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Cobb County. The Defendant's Objections to the Report and Recommendation do not address the lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

SO ORDERED, this 1 day of February, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge